IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 4:04cr55LSU

TAMMIE DAVIS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, TAMMIE DAVIS without prejudice.

DUNN LAMPTON
United States Attorney

By: HAROLD BRITTAIN.
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this  7th  day of December, 2005.

UNITED STATES DISTRICT JUDGE